**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

SELVIN JOEL HERNANDEZ OSEGUERA,   )
                                  )
    Petitioner,               )
                                  )
v.                                )
                                  )     No. 2:26-cv-02776-SHL-atc
                                  )
WEST TENNESSEE DETENTION          )
FACILITY, et al.,                 )
                                  )
    Respondents.              )

---

**ORDER TRANSFERRING CASE**

---

On June 29, 2026, <u>pro se</u> Petitioner Selvin Joel Hernandez Oseguera filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 2.)  Hernandez Oseguera, a citizen of Honduras who has resided in the United States since 2022, challenges his detention "for approximately five months without an individualized bond hearing before a neutral decisionmaker."  (<u>Id.</u> at PageID 2–3.)  He seeks a bond hearing or immediate release.  (<u>Id.</u> at PageID 5.)  He also seeks a temporary restraining order and preliminary injunction.  (ECF No. 3.)

Confusingly, Hernandez Oseguera states that his immigration case is before "Immigration Judge Brian C. Lea."  (ECF No. 2 at PageID 4.)  However, upon further inquiry, it appears that Hernandez Oseguera did recently have a habeas petition in front of U.S. District Judge Brian C. Lea.  (No. 26-cv-02416.)  His petition was denied on April 16 because, in part, Hernandez Oseguera was found to be an "applicant seeking admission" under 8 U.S.C. § 1225(b)(2).  (No. 26-cv-02416, ECF No. 7 at PageID 28–31.)

Given the substantial overlap in the prior proceedings and this Petition, the Court requests that this case be reassigned to Judge Lea.  The Court therefore **DIRECTS** the Clerk to reassign

this case.

      **IT IS SO ORDERED,** this 2nd day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
